IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LESLIE R WOODS, | * |
|     Plaintiff, | * |
| v. | Case No.   7:20-CV-114(WLS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
|     Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 8, 2021, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 8th day of September, 2021.

.

                                        David W. Bunt, Clerk

                                        s/ Robin L. Walsh, Deputy Clerk